```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 07693
  EMMANUEL J SMITH
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

       Debtor
  SSN XXX-XX-9388

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/27/07 .

   2.  The case was dismissed without confirmation, 08/02/2007.

------------------------------------------------------------------------
CREDITOR NAME                CLASS        CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
OPTION ONE MTGE         CURRENT MORTG         .00             .00            .00
         Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00        .00         .00          .00          .00
PRINCIPAL PAID        .00        .00         .00          .00          .00
INTEREST PAID         .00        .00         .00          .00          .00
TOTAL PAID            .00        .00         .00          .00          .00
The Debtor's attorney, GERALD A REBECK              , was allowed $    .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




      Dated: 11/16/07              /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
       CASE NO. 07 B 07693 EMMANUEL J SMITH
```